

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Cinque Ross

No. 06-14-00206-CR

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 43,104-A). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Cinque Ross, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 20, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk